*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ELY YOHANA LOPERA RAMIREZ <br> Plaintiff | Case No.  6:26-cv-00386 |
| VS. <br> HARPER et al <br> Defendant | Judge <br> Magistrate Judge |

**ORDER**

IT IS ORDERED that Attorney Margie S. Lazo be and is hereby admitted to the bar of this Court pro hac vice on behalf of Ely Yohana Lopera Ramirez in the above-described action.

SO ORDERED on this, the 6th day of February, 2026.

_____
U.S. Magistrate Judge