# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **ELY YOHANA LOPERA RAMIREZ** | **CIVIL ACTION NO. 26-386 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **MELLISSA B HARPER ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER

Considering the foregoing Petition for Writ of Habeas Corpus (Doc. 1),

**IT IS ORDERED** that the Court will hold a Status Conference via Zoom on Wednesday, March 18, 2026, at 3:30 pm.

**IT IS FURTHER ORDERED** that the parties shall be prepared to discuss *de Leon v. Ladwig*, No. 6:25-CV-01884, 2026 WL 19095 (W.D. La. Jan. 2, 2026), *M.O.G.R. v. Warden, Stewart Detention Ctr.*, No. 4:25-CV-356-CDL-AGH, 2025 WL 3460936 (M.D. Ga. Dec. 2, 2025), and *Banegas v. Bondi*, No. 26-CV-63-WMC, 2026 WL 473162 (W.D. Wis. Feb. 19, 2026).

**THUS DONE AND SIGNED** in Chambers this 9th day of March, 2026.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**